UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL<br>FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE<br>BANKRUPTCY APPEAL |

-----------------------------------------------------X          21-CV-8468 JPC

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                         BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 07/29/2021
APPELLANT: James Walker
BANKRUPTCY DOCUMENT #: 9745

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

     _X_ FRBP 8009
     ___ Federal Rules of Civil Procedure (Rule _____)
     _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
     ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
           York.

Dated:   **June 16, 2022**                                                    Vito Genna, Clerk
         New York, New York                                   U.S. Bankruptcy Court, SDNY

                                                                            By:    _s/ Anatin Rouzeau_
                                                                                     Deputy Clerk

ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____**June 21**_____ 20**22**
          New York, New York                                Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____             Ruby J. Krajick , Clerk
                                                                      District Court, SDNY

                                                                              By: _____
                                                                                   Deputy Clerk